UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRIFFITHS,<br><br>              Plaintiff,<br><br>       v.<br><br>WAL-MART STORES, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No.  1:16-cv-01438-DAD-JLT<br><br>**ORDERGRANTING STIPULATION TO EXTEND THE DEADLINE FOR THE DEFENDANT TO FILE THE RESPONSIVE PLEADING**<br><br>**(Doc. 5)** |

The Court **GRANTS** the stipulation of the parties to allow the defendant an extra 10 days to file a responsive pleading.  The defendant SHALL file the responsive pleading no later than November 1, 2016.

IT IS SO ORDERED.

   Dated:   **October 26, 2016**                      **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE