UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRIFFITHS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01438-DAD-JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE EXPERT DISCOVERY DEADLINE<br><br>(Doc. 26) |

The parties have stipulated to extend the deadlines related to expert discovery. (Doc. 26) Counsel report that this extension is necessary because the plaintiff failed to appear for an IME. Id. at 2. Consequently, the defendant's expert has not been able to complete the Rule 26 report and due to other commitments cannot now conduct the IME until January 24, 2018. Id. at 2. The plaintiff has clarified that he was unable to attend the IME due to illness. (Doc. 29) Thus, the Court **GRANTS** the stipulation and amends the case schedule as follows:

1. The parties **SHALL** disclose their experts **no later than January 31, 2018** and any rebuttal experts **no later than February 14, 2018**;

2. All expert discovery **SHALL** be completed **no later than February 28, 2018**;

3. Non-dispositive motions **SHALL** be filed **no later than March 6, 2018** and heard no later than April 2, 2018.

**No other amendments to the case schedule are authorized and no further amendments are contemplated by the Court.**

IT IS SO ORDERED.

Dated: __**December 14, 2017**__     _____**/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE