UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRIFFITHS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01438-DAD-JLT<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT'S UNOPPOSED EMERGENCY APPLICATION TO EXCUSE PERSONAL APPEARANCE OF IN-HOUSE COUNSEL AT THE SETTLEMENT CONFERENCE**<br><br>**(Doc. 34)** |

The Court, having considered Defendant's Unopposed Emergency Application to Excuse Personal Appearance of the In-House Counsel at the Settlement Conference, GRANTS the request for Ms. Scott to be excused from personal appearance at the settlement conference. Ms. Scott SHALL be available throughout the duration of the conference unless excused by the Court.

IT IS SO ORDERED.

　　Dated: **January 12, 2018**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE