UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GRIFFITHS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01438-DAD-JLT<br><br>**ORDER AFTER SETTLEMENT CONFERENCE** |

On January 12, 2018, the Court held a settlement conference at which the parties were able to come to agreement. Thus, the Court **ORDERS**:

1. A stipulated request for dismissal **SHALL** be filed no later than **February 2, 2018**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

　　Dated: **January 16, 2018**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE